No. 8580. STATE ex Rel. WALTER R. DIEFENDERFER, RELATOR, v. DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT ET AL., RESPONDENTS.
Decided December 28, 1944.

PER CURIAM: By order of the court, relator's application for the writ is denied.

*Mr. Sterling M. Wood,* for the Relator.